# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 15, 2025

_____

RESPONSE REQUESTED

_____

No. 25-2087,   Fairfax County School Board v. Linda McMahon
             1:25-cv-01432-RDA-LRV

TO:   United States Department of Education
      Linda McMahon

**RESPONSE DUE: 09/22/2025**

Response is required to the motion for injunctive relief pending appeal on or before 09/22/2025.

K. Hancock, Deputy Clerk
804-916-2702