# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | Fairfax County School Board v. McMahon, No. 25-2087 |
| **Originating No. & Caption** | Fairfax County School Board v. McMahon, No. 1:25-cv-01432 |
| **Originating Court/Agency** | U.S. District Court for the Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. §§ 1291, 1292 |
| Time allowed for filing in Court of Appeals | 60 days. FRAP 4(1)(B)(ii), (iii). |
| Date of entry of order or judgment appealed | September 5, 2025 |
| Date notice of appeal or petition for review filed | September 9, 2025 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ⦿ Yes     ◯ No |
| If appeal is not from final judgment, why is order appealable? | |
| The district court's final order is separately appealable because it is an order denying a preliminary injunction. See 28 U.S.C. § 1292(a)(1). | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | |
|---|---|
| Is settlement being discussed? | ◯ Yes     ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | ASB v. McMahon, No. 25-2107 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ⦿ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This is a case challenging Defendants' order mis-designating plaintiff FCSB as a "high-risk" entity and requiring all federal educational funding to be performed via reimbursement only. FCSB asserts claims under the Administrative Procedure Act, the Declaratory Judgment Act, and the Constitution, as authorized by Title IX's judicial-review provision, 20 U.S.C. § 1683. Defendants contend that FCSB has violated Title IX by imposing a facilities-access policy that, as required by this Court's holdings, allows transgender students to access facilities that correspond with their gender identities.<br><br>This appeal also presents the antecedent jurisdictional question whether the district court erred in concluding, based on emergency-docket guidance from a fractured Supreme Court, that Article III courts lack subject-matter jurisdiction of Title IX challenges to funding stoppages on the ground that FCSB should have brought the case in the Court of Federal Claims. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Whether the district court erred in concluding that it lacked subject-matter jurisdiction over FCSB's claims; |
| 2. Whether FCSB is entitled to injunctive relief enjoining Defendants from designating FCSB as high-risk and requiring all federal funding of FCSB to be performed via reimbursement, both conditioned on FCSB's compliance with Defendants' demands that FCSB impose facilities-access policies for transgender students that violate this Court's holding in Grimm v. Gloucester County School Board; and |
| 3. Whether FCSB is entitled to a judicial declaration that Defendants' actions are arbitrary, capricious, an abuse of discretion, contrary to law, or contrary to constitutional right or power. |

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Secretary Linda McMahon and the U.S. Department of Education | Adverse Party: Secretary Linda McMahon and the U.S. Department of Education |
|---|---|
| Attorney: U.S. Attorney General Erik S. Siebert | Attorney: Matthew J. Mezger |
| Address: Office of the United States Attorney Justin W. Williams U.S. Attorney's Building 2100 Jamieson Ave. | Address: Office of the United States Attorney Justin W. Williams U.S. Attorney's Building 2100 Jamieson Ave. |
| E-mail: | E-mail: matthew.mezger@usdoj.gov |
| Phone: | Phone: (703) 299-3741 |

**Adverse Parties (continued)**

| Adverse Party: Secretary Linda McMahon and the U.S. Department of Education | Adverse Party: Secretary Linda McMahon and the U.S. Department of Education |
|---|---|
| Attorney: Chad Mizelle | Attorney: Abhishek Kambli |
| Address: Acting Associate Attorney General 950 Pennsylvania Avenue, NW Washington, DC 20530 | Address: Deputy Associate Attorney General 950 Pennsylvania Avenue, NW Washington, DC 20530 |
| E-mail: | E-mail: Abhishek.Kambli@usdoj.gov |
| Phone: | Phone: (202) 445-5496 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Fairfax County School Board<br><br>Attorney: Timothy J. Heaphy<br>Address: WILLKIE FARR & GALLAGHER LLP<br>1875 K Street Northwest<br>Washington, District of Columbia 20006-1238<br><br>E-mail: theaphy@willkie.com<br><br>Phone: (202) 303-1068 | Name: Fairfax County School Board<br><br>Attorney: Joshua N. Mitchell<br>Address: WILLKIE FARR & GALLAGHER LLP<br>1875 K Street Northwest<br>Washington, District of Columbia 20006-1238<br><br>E-mail: jmitchell@willkie.com<br><br>Phone: (202) 303-1232 |
| **Appellant (continued)** ||
| Name: Fairfax County School Board<br><br>Attorney: Fiona L. Carroll<br>Address: WILLKIE FARR & GALLAGHER LLP<br>1875 K Street Northwest<br>Washington, District of Columbia 20006-1238<br><br>E-mail: fcarroll@willkie.com<br><br>Phone: (202) 303-2000 | Name: Fairfax County School Board<br><br>Attorney: Lindsay Hemminger<br>Address: WILLKIE FARR & GALLAGHER LLP<br>1875 K Street Northwest<br>Washington, District of Columbia 20006-1238<br><br>E-mail: lhemminger@willkie.com<br><br>Phone: (202) 303-1035 |

**Signature:** /s/ Timothy J. Heaphy        **Date:** 9/16/2025

**Counsel for:** Fairfax County School Board

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:                                        Date:

*Additional counsel for appellant*

Breanna Smith-Bonsu
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654-3406
bsmith-bonsu@willkie.com
(312) 728-9041

Chloe Smeltzer
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654-3406
csmeltzer@willkie.com
(312) 728-9073


*Additional counsel for appellee*

Brett A. Shumate
Assistant Attorney General
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005

Diane Kelleher
Director
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005

Garry Hartlieb
United States Department of Justice
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0568
Garry.Hartlieb2@usdoj.gov