**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 23, 2025

_____

RESPONSE REQUESTED
_____

No. 25-2087,    <u>Fairfax County School Board v. Linda McMahon</u>
                1:25-cv-01432-RDA-LRV

TO:   United States Department of Education
       Linda McMahon

**RESPONSE DUE: 09/26/2025**

Response is required to the motion to intervene on or before 09/26/2025.

K. Hancock, Deputy Clerk
804-916-2702