No. 25-2087

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

FAIRFAX COUNTY SCHOOL BOARD,

*Plaintiff-Appellant,*

v.

LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY OF EDUCATION OF THE UNITED STATES; AND THE UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia,
No. 1:25-cv-01432-RDA-LRV, Hon. Rossie D. Alston, Jr.

**Plaintiff-Appellant's Notice of Intent to File
Reply in Support of
Emergency Motion for Injunction Pending Appeal**

| | |
|---|---|
| Breanna Smith-Bonsu | Timothy Heaphy |
| Chloe Smeltzer | *Counsel of Record* |
| WILLKIE FARR & | Joshua N. Mitchell |
|   GALLAGHER LLP | Fiona L. Carroll |
| 300 N. La Salle Drive | Lindsay Hemminger |
| Chicago, IL 60654 | WILLKIE FARR & |
| (312) 728-9000 |   GALLAGHER LLP |
| | 1875 K Street Northwest |
| | Washington, DC 20006 |
| | 202-303-1000 |
| | theaphy@willkie.com |

*Counsel for Plaintiff-Appellant*

Pursuant to Federal Rule of Appellate Procedure 27(a)(4) and Local Rule 27(d), Plaintiff-Appellant Fairfax County School Board ("FCSB") hereby respectfully notifies the Court of its intention to file a reply in support of its Emergency Motion for Injunction Pending Appeal (Dkt. No. 10) and intends to file that reply by no later than this Thursday, September 25, 2025.

Dated: September 23, 2025

Respectfully submitted,

/s/ *Timothy J. Heaphy*
Timothy J. Heaphy
Joshua Mitchell
Fiona Carroll
Lindsay Hemminger
Willkie Farr & Gallagher LLP
1875 K St. NW
Washington, DC 20006
(202) 303-1000
theaphy@willkie.com
jmitchell@willkie.com
fcarroll@willkie.com
lhemminger@willkie.com

Breanna Smith-Bonsu
Chloe Smeltzer
Willkie Farr & Gallagher LLP
300 N La Salle Drive
Chicago, IL 60654
Phone: (312) 728-9000
bsmith-bonsu@willkie.com
csmeltzer@willkie.com