## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD, | |
|        Plaintiff-Appellant, | |
|    v. | Appeal No. 25-2087 |
| LINDA McMAHON, in her official capacity as Secretary of Education of the United States, *et al.*, | |
|       Defendants-Appellees. | |

### RESPONSE TO FAIRFAX'S NEW FACTUAL ASSERTIONS

The Secretary, through her undersigned counsel, provides the Court with this notice and the attached exhibit, which is a declaration from Acting Assistant Secretary for the Department of Education's Office of Planning, Evaluation, and Policy Development, Murray Bessette. This declaration responds to the new factual evidence that Fairfax submitted in its reply brief in further support of its motion for an injunction pending appeal by explaining the separate authority that was utilized for the grant noncontinuations Fairfax identified. *See* Doc.19-1 at 2-3 & n.2.

Dated: September 26, 2025

Respectfully Submitted,

CHAD MIZELLE
Acting Associate Attorney General

LINDSEY HALLIGAN
United States Attorney

ABHISHEK KAMBLI
Deputy Associate Attorney General

_____/s/_____
MATTHEW J. MEZGER
GARRY D. HARTLIEB
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*Attorney for Defendants-Appellees*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing with the

Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF

system, which will send a notice of such filing to all registered CM/ECF users.


       /s/
Matthew J. Mezger
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

*Attorney for Defendants-Appellees*

DATE: September 26, 2025