IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ARLINGTON SCHOOL BOARD,<br><br>   Plaintiff-Appellant,<br><br>  v.<br><br>LINDA McMAHON, in her official capacity as Secretary of Education of the United States, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   Defendants-Appellees. | Appeal No. 25-2107 |

**DECLARATION OF MURRAY BESSETTE**

1. My name is Murray Bessette. I make this Declaration based on my own personal knowledge, on information contained in the records of the U.S. Department of Education ("Department"), and/or on information provided to me by Department employees. I make this declaration in opposition to the preliminary injunction sought by the Appellant, Arlington School Board ("Fairfax") in this matter.

2. I am currently employed as Acting Assistant Secretary for the Department's Office of Planning, Evaluation, and Policy Development ("OPEPD") headquartered in Washington, D.C. I began my service at the Department on February 24, 2025. OPEPD advises the Secretary of Education ("Secretary") on policy development, implementation, and review, including grant policies.

3. In its Reply Memorandum in Support of Appellant's Motion for Injunction Pending Appeal, Appellant Fairfax incorrectly asserts that the high-risk designation has already resulted in harm and will continue to result in harm in the form of denial of Department funds. Dkt. 19-1, at 2-3. Fairfax identifies the non-continuation of the School-Based Mental Health Grant Program (MHGP), referenced in its Exhibit A, and the non-continuation of the Magnet School Assistance Program (MSAP) discretionary grant program, referenced in its Exhibits B and C, as evidence of funds being withheld as a result of the Secretary's August 19, 2025 high-risk designation. However, these are three separate determinations. Fairfax's Exhibit A relates to a request for reconsideration

1

relating to a particular grant submitted on May 29, 2025, before the Secretary's August 19, 2025 high-risk designation. And Exhibit B pertains to the Secretary's concerns with Fairfax's compliance with the particular restrictions on a MSAP grant, separate and apart from Fairfax's high-risk designation and reimbursement conditions. In addition, other federal funding recipients (that were not placed on high-risk status and were not parties to this litigation) also received MHGP and MSAP non-continuation notices. Neither of the determinations Fairfax references in its exhibits flow or result from the high-risk designation the Secretary made on August 19, 2025, and neither will be impacted by any injunction pending appeal this Court might issue in regard to the high-risk designation.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 26th day of September, 2025.

_____
Murray Bessette