# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 26, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.   25-2087,  <u>Fairfax County School Board v. Linda McMahon</u>
              1:25-cv-01432-RDA-LRV

TO:      Commonwealth of Virginia

**MOTION DUE: September 29, 2025**

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[✔] **MOTION / file amicus brief**

K. Hancock, Deputy Clerk
804-916-2702