No. 25-2087
(1:25-cv-01432-RDA-LRV)

---

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

FAIRFAX COUNTY SCHOOL BOARD

*Plaintiff – Appellant,*

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

*Defendants – Appellees.*

---

On Appeal from the United States District Court
for the Eastern District of Virginia
Honorable Rossie D. Alston, District Judge

---

ALEXANDRIA CITY SCHOOL BOARD'S
NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF-APPELLANT

John F. Cafferky, VSB No. 26179
Michael K. Kim, VSB No. 82922
Jakob T. Stalnaker, VSB No. 95010
BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)
jcafferky@bklawva.com
mkim@bklawva.com
jstalnaker@bklawva.com

*Counsel for Movant Alexandria City School Board*

Pursuant to Federal Rule of Appellate Procedure 27(a)(4) and Local Rule 27(d), Movant Alexandria City School Board ("ACSB") hereby respectfully notifies the Court of its intention to file a reply in support of its Motion for Leave to Intervene as Plaintiff-Appellant (Dkt. No. 13) and intends to file that reply by no later than October 3, 2025.

By Counsel

Date: September 29, 2025

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)

By:  /s/ Jakob T. Stalnaker
    John F. Cafferky, VSB No. 26179
    jcafferky@bklawva.com
    Michael K. Kim, VSB No. 82922
    mkim@bklawva.com
    Jakob T. Stalnaker, VSB No. 95010
    jstalnaker@bklawva.com

*Counsel for Movant Alexandria City School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Jakob T. Stalnaker

Jakob T. Stalnaker, VSB No. 95010
jstalnaker@bklawva.com
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (Telephone)
(703) 691-3913 (Facsimile)

*Counsel for Movant Alexandria City School Board*

2