No. 25-2087

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FAIRFAX COUNTY SCHOOL BOARD,

*Plaintiff-Appellant*,

v.

LINDA McMAHON, Secretary of the Department of Education;
UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia

## The Commonwealth of Virginia's Motion for Leave to File *Amicus Curiae* Brief in Support of Defendants-Appellees

Pursuant to Federal Rule of Appellate Procedure 29 and the Docket Correction Notice issued on September 26, 2025, the Commonwealth of Virginia respectfully requests leave to file an *amici curiae* brief in support of Defendants-Appellees.[1] Plaintiff-Appellant opposes this motion. Defendants-Appellees consent to this motion.

---

[1] Although *Amici* States "may file an amicus brief without the consent of the parties or leave of court" during initial consideration of a

1

This appeal involves a policy put in place by Fairfax County Public Schools (FCPS) that allows anyone expressing a different gender identity to use the bathroom, locker room, or changing area of their choice. The Department of Education put FCPS on "high risk" status due to the fact that FCPS's policy violates Title IX. FCPS challenged the "high risk" status in a complaint against the Department, arguing that this Court's opinion in *Grimm v. Gloucester County School Board*, 972 F.3d 586 (4th Cir. 2020), requires the policy. The district court dismissed the complaint, holding that it lacked jurisdiction over the case. FCPS noticed its appeal from that decision, and filed an emergency motion for an injunction pending appeal, once again arguing that its policy is required by *Grimm*.

The Commonwealth of Virginia has a direct interest in the outcome of FCPS's motion. The Commonwealth has a strong interest in protecting the privacy and safety of its citizens, especially its schoolchildren. It also has an interest in preventing localities from violating federal law, including Title IX. Allowing its localities to use *Grimm* as a shield for

---

case on the merits, Fed. R. App. P. 29(a)(2), *Amici* States file this motion given the preliminary stage of the appeal and the Docket Correction Notice.

expansive policies like the one at issue here would undermine the privacy and safety of the Commonwealth's schoolchildren.

An *amici curiae* brief is desirable because the Commonwealth is well positioned to provide a uniquely relevant and helpful perspective to the Court. FCPS continues to contend that its policy is required by *Grimm*. The Commonwealth's brief explains how FCPS cannot use *Grimm* as a shield for its sweeping policy. It also explains how the Supreme Court's recent holding in *United States v. Skrmetti*, 145 S. Ct. 1816 (2025), limits *Grimm*'s application in situations like this. These issues, while covered briefly in the briefs before the Court, are not fully developed. The Commonwealth's perspective will thus likely aid the Court while considering the emergency motion.

## CONCLUSION

For these reasons, the Commonwealth of Virginia respectfully requests that the Court grant leave to file the *amicus curiae* brief which accompanies this motion.

3

Respectfully Submitted,

By: /s/ Kevin M. Gallagher
    Kevin M. Gallagher
    *Solicitor General*

JASON S. MIYARES
  *Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 371-0200 – Facsimile

September 29, 2025

*Counsel for the Commonwealth of Virginia*

4

## Certificate of Compliance

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 426 words. This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century typeface.

                                                  */s/ Kevin M. Gallagher*
                                                  Kevin M. Gallagher
                                                  *Solicitor General*

## Certificate of Service

I certify that on September 29, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

                                       __/s/ Kevin M. Gallagher__
                                                Kevin M. Gallagher
                                                *Solicitor General*