FILED:  October 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

       Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the
United States; UNITED STATES DEPARTMENT OF EDUCATION

       Defendants - Appellees

------------------------------

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

       Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to file amicus curiae

briefs, the court grants the motions and accepts the amicus briefs filed by Alliance

Defending Freedom and Commonwealth of Virginia.

The court accepts the briefs for filing.

For the Court

/s/ Nwamaka Anowi, Clerk