FILED: October 1, 2025

UNITED STATES COURT OF APPEALS  
FOR THE FOURTH CIRCUIT

_____

No. 25-2087  
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

　　　Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

　　　Defendants - Appellees

-------------------------------

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

　　　Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's emergency motion for injunction pending appeal, the court denies the motion.

Entered at the direction of Chief Judge Diaz with the concurrence of Judge Richardson and Judge Rushing.

　　　　　　　　　　　　　　　　　For the Court

　　　　　　　　　　　　　　　　　/s/ Nwamaka Anowi, Clerk