# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 3, 2025

_____

## AMENDED RESPONSE REQUESTED

_____

No.   25-2087,   <u>Fairfax County School Board v. Linda McMahon</u>
                 1:25-cv-01432-RDA-LRV

TO:   United States Department of Education
      Linda McMahon

RESPONSE DUE: 10/08/2025

Response is required to the motion to expedite on or before 10/08/2025.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

R. Phillips, Deputy Clerk
804-916-2702