FILED: October 7, 2025

UNITED STATES COURT OF APPEALS  
FOR THE FOURTH CIRCUIT

_____

No. 25-2087  
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

    Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

    Defendants - Appellees

------------------------------

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

    Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the submissions relative to the Alexandria City School Board's motion to intervene, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk