**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2025

_____

DOCKET CORRECTION NOTICE
_____

No.  25-2087,   <u>Fairfax County School Board v. Linda McMahon</u>
1:25-cv-01432-RDA-LRV

TO:   United States Department of Education
Linda McMahon

**FILING CORRECTION DUE: October 10, 2025, by NOON**

Please make the correction identified below and file a corrected document by the date indicated.

[✔] Incorrect event used. Please refile document using the event RESPONSE with combined MOTION.

K. Hancock, Deputy Clerk
804-916-2702