FILED: October 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

  Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

  Defendants - Appellees

-------------------------------

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

  Amici Supporting Appellee

_____

O R D E R
_____

For reasons appearing to the court, the court consolidates case No. 25-2087 with case No. 25-2107. Upon consideration of submissions relative to appellant's motion to expedite appeal, the court grants the motion and sets the following briefing schedule:

- Opening brief and joint appendix due October 20, 2025;

- Response brief due November 19, 2025;

- Reply brief, if any, due December 5, 2025.

Upon consideration of the government's motion to hold cases in abeyance, the court denies the motion. The court defers action on the motion to expedite decision.

                For the Court

                /s/ Nwamaka Anowi, Clerk