# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 21, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 25-2087 (L),   <u>Fairfax County School Board v. Linda McMahon</u>
                   1:25-cv-01432-RDA-LRV

TO:  Fairfax County School Board
     Arlington School Board

**JOINT APPENDIX CORRECTION DUE: October 27, 2025**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic joint appendix. The time for filing the next brief is unaffected by this notice.

[✔] <u>APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b))</u>:

- District court docket sheet

K. Hancock, Deputy Clerk
804-916-2702