# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 23, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-2087 (L),   Fairfax County School Board v. Linda McMahon
                   1:25-cv-01432-RDA-LRV

TO:  Fairfax County School Board
     Alliance Defending Freedom

**BRIEF CORRECTION DUE: October 28, 2025**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief. The time for filing the next brief is unaffected by this notice.

[✔] Brief citations do not reference correct page number of the joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** to correct. (Due to the addition of the district court dockets the citations are now off in the opening brief.)

K. Hancock, Deputy Clerk
804-916-2702