# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rule 26.1(b), the undersigned counsel for *amici curiae* the NAACP Legal Defense and Educational Fund, Inc. (LDF) and the National Association for the Advancement of Colored People (NAACP) submit the following disclosures:

LDF is a nonprofit 501(c)(3) corporation. It is not a publicly held corporation that issues stock, nor does it have any parent companies, subsidiaries or affiliates that have issued shares to the public.

NAACP is a nonprofit 501(c)(3) corporation. It is not a publicly held corporation that issues stock, nor does it have any parent companies, subsidiaries or affiliates that have issued shares to the public.

/s/ *Deuel Ross*
Deuel Ross
   *Counsel of Record*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.

*Attorney for Amici Curiae*

i