UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the
United States; UNITED STATES DEPARTMENT OF EDUCATION

Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE;
NORTHERN VIRGINIA FAMILIES

Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

Amici Supporting Appellee

_____

O R D E R

_____

Equality Virginia, Arlington Gender Identity Alliance, and Northern

Virginia Families have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Equality Virginia, Arlington Gender Identity Alliance, and Northern Virginia Families are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk