# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 29, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-2087 (L),   <u>Fairfax County School Board v. Linda McMahon</u>
                    1:25-cv-01432-RDA-LRV

TO:   Fairfax County School Board
      Northern Virginia Families
      Alliance Defending Freedom
      United States Department of Education
      Equality Virginia
      NAACP
      Commonwealth of Virginia
      NAACP Legal Defense and Educational Fund, Inc.
      Arlington School Board
      Linda McMahon
      Arlington Gender Identity Alliance

**RESPONSE DUE: 11/03/2025**

Response is required to the notice requesting information regarding similar cases on or before 11/03/2025. **Please use the following form to submit response:** [Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

K. Hancock, Deputy Clerk
804-916-2702