# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

**Appeal No. & Caption:** No. 25-2087(L), Fairfax County School Board v. McMahon

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Whether Title IX's sex-discrimination provision prohibits discrimination based on gender identity. B. P. J. ex. rel. Heather Jackson v. West Virginia, 98 F.4th 542 (4th Cir. 2024), cert. granted, 2025 WL 1829164 (U.S. July 3, 2025) (No. 24-43) (mem.).

**Signature:** /s/Matthew J. Mezger     **Counsel for:** Appellees

**Date:** 11/3/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)