# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: <u>No. 25-2087(L), Fairfax County School Board v. McMahon</u>

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> U.S. Department of Education, et al. v. American Association of Colleges et al., No. 25-1281 (4th Cir.): Whether a district court has jurisdiction to hear Administrative Procedure Act claims related to the Department of Education's termination of competitive, discretionary grants supporting teacher training.

Signature: <u>/s/ Deuel Ross</u>          Counsel for: <u>Amici Curiae NAACP Legal Defense Fund & NAACP</u>

Date: <u>11/03/2025</u>

**File using event:** RESPONSE/ANSWER (to Similar Case notice)