# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: *Fairfax County School Board v. McMahon*, No. 25-2087 (L)

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☒ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> *Department of Education v. American Association of Colleges*, No. 25-1281 (4th Cir.) raises the issue of whether a district court has jurisdiction over claims that plaintiffs are entitled to monetary payments under a grant program, or whether those claims arise from contracts and thus are subject to the exclusive jurisdiction of the Court of Federal Claims under the Tucker Act. *Solutions in Hometown Connections v. Noem*, No. 25-1640 (4th Cir.) also concerns whether a district court erred in concluding the Tucker Act stripped that court of jurisdiction over Administrative Procedure Act, separation-of-powers, and ultra vires claims for equitable relief. While neither of these cases involves Title IX's judicial-review provision, 20 U.S.C. Section 1683, they do involve the jurisdictional boundaries between the Tucker Act and the Administrative Procedure Act.
>
> Although *B.P.J. v. West Virginia*, 98 F.4th 542 (4th Cir. 2024), cert. granted, 2025 WL 1829164 (U.S. July 3, 2025) (No. 24-43) concerns issues similar to (but distinct from) those animating the parties' underlying dispute in this case, the question presented in this appeal concerns only the jurisdiction of Article III courts to hear challenges to Title IX grant denials -- a question not at issue in *B. P. J.*

Signature: /s/ Timothy J. Heaphy        Counsel for: Plaintiffs-Appellants

Date: 11/3/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)