# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: **25-2087(L); Fairfax County School Board v. McMahon**

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Dep't of Educ. v. Am. Ass'n of Colls., No. 25-1281 (4th Cir.), Sustainability Inst. v. Trump, No. 25-1575 (4th Cir.), and Sols. in Hometown Connections v. Noem, No. 25-1640 (4th Cir.), all present similar jurisdictional questions regarding whether Article III courts have jurisdiction to hear Administrative Procedure Act claims arising from the government's termination of federal funds or whether such claims are under the exclusive jurisdiction of the Court of Federal Claims under the Tucker Act.

Signature: **/s/ Joseph J. Wardenski**     Counsel for: **Amici Curiae Equality Virginia, Arlington Gender Identity Alliance, and Northern Virginia Families**

Date: **11/3/2025**

**File using event: RESPONSE/ANSWER (to Similar Case notice)**