No. 25-2087

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**FAIRFAX COUNTY SCHOOL BOARD** and
**ARLINGTON COUNTY SCHOOL BOARD**,

*Plaintiffs-Appellants*,

v.

**LINDA MCMAHON**, in her official capacity as Secretary of Education of the United States and **UNITED STATES DEPARTMENT OF EDUCATION**,

*Defendants-Appellees.*

———————

On Appeal from the United States District Court
for the Eastern District of Virginia
Nos. 1:25-cv-01432-RDA-LRV & 1:25-cv-01434-RDA-LRV,
Honorable Rossie D. Alston, Jr.

———————

## AMERICA FIRST LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLEES

Pursuant to Federal Rule of Appellate Procedure 29, America First Legal Foundation (AFL) respectfully requests leave to file an *amicus curiae* brief in support of Defendants-Appellees. Plaintiff-Appellant opposes the motion. Defendants-Appellees consent to this motion.

1

America First Legal Foundation (AFL) is a national nonprofit organization dedicated to promoting the rule of law in the United States by ensuring due process and equal protection for every American citizen.

In furtherance of that mission, AFL is currently involved in several cases that—like this one—turn on the meaning of Title IX with respect to school restroom and locker room policies. *See, e.g.*, *Jane Doe v. Fairfax Cnty. Sch. Bd.*, No. 1:25-cv-1662 (E.D. Va.) (challenging Fairfax County School Board's policies); *S.W. v. Loudon Cnty. Sch. Bd.*, No. 1:25-cv-1536 (E.D. Va.) (challenging Loudon County School Board's policies).

This case involves numerous legal issues that bear on AFL's pending litigation. For example, the appellants here contend that their policies are required by this Court's decision in *Grimm v. Gloucester County School Board*, 972 F.3d 586 (4th Cir. 2020). AFL has taken a contrary position on the meaning of *Grimm* in several cases.

AFL has a substantial interest in the outcome of this case, both on behalf of its clients and on behalf of its institutional mission. Given AFL's extensive history of litigating Title IX cases, AFL is well-positioned to provide a helpful perspective to the Court.

2

## CONCLUSION

For the foregoing reasons, AFL respectfully requests that the Court grant leave to file the amicus curiae brief which accompanies this motion.

DATED: November 19, 2025

                                          Respectfully submitted,

                                          */s/ Andrew J. Block*

                                          Andrew J. Block
                                          Ian D. Prior
                                          AMERICA FIRST LEGAL FOUNDATION
                                          611 Pennsylvania Ave SE #231
                                          Washington, DC 20003
                                          Phone: (202) 836-7658
                                          ian.prior@aflegal.org
                                          andrew.block@aflegal.org

                                          *Attorneys for Amicus Curiae*
                                          *America First Legal Foundation*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains [insert] words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

*/s/* *[insert name]*
[insert name]

## CERTIFICATE OF SERVICE

I certify that on [date], I electronically filed this document with the Clerk of this Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                       */s/* [*insert name*]
                                                       [insert name]