# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 19, 2025

_____

RESPONSE REQUESTED

_____

No.   25-2087 (L),   <u>Fairfax County School Board v. Linda McMahon</u>
                    1:25-cv-01432-RDA-LRV

TO:   Fairfax County School Board
      Arlington School Board

RESPONSE DUE: 11/24/2025

Response is required to the motion to file amicus brief on or before 11/24/2025.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

K. Hancock, Deputy Clerk
804-916-2702