## CERTIFICATE OF SERVICE

I certify that on November 19, 2025, I electronically filed this document with the Clerk of this Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew J. Block*
Andrew J. Block

5