FILED: November 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

       Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

       Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

       Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES

       Amici Supporting Appellee

_____

O R D E R

_____

Commonwealth of Virginia and 20 Other States have filed an amicus curiae

brief.

The court accepts the brief for filing.

Commonwealth of Virginia and 20 Other States are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk