# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-2087(L)     Date of Oral Argument: 01/29/26

Caption: Fairfax County School Board et al. v. Linda McMahon et al.

Attorney Arguing: Timothy J. Heaphy

Arguing on Behalf of (party name):
Fairfax County School Board; Arlington School Board

Select party type:
☑ Appellant   ☐ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Timothy J. Heaphy
Phone Number (day of argument): 804-291-7369

Principal Argument Time: 15    Rebuttal Argument Time (if any): 5
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
     ☐ Court-Appointed Amicus

Signature: /s/ Timothy J. Heaphy    Date: 11/26/25

12/01/2024 NA