IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD AND ARLINGTON SCHOOL BOARD,<br><br>      Plaintiffs – Appellants,<br><br>v.<br><br>LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY OF EDUCATION OF THE UNITED STATES, AND THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendants – Appellees. | Record No. 25-2087 |

## **NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

PLEASE TAKE NOTICE that, effective January 12, 2026, Timothy J. Heaphy, counsel for Plaintiffs Fairfax County School Board and Arlington School Board, has changed law firms.

Effective January 12, 2026, Timothy J. Heaphy should be served in the above-referenced matter as follows:

> Timothy J. Heaphy (Virginia Bar I.D. Number: 68912)
> HEAPHY SMITH HARBACH & WINDOM, LLP
> 1717 Rhode Island Ave. NW
> Suite 610
> Washington, DC 20036
> Telephone: (202) 739-8475
> Email: theaphy@hshw.com

Dated: January 12, 2026

FAIRFAX COUNTY SCHOOL BOARD and
ARLINGTON SCHOOL BOARD

By: /s/ Timothy J. Heaphy
       Counsel

Timothy J. Heaphy (Virginia Bar I.D. Number: 68912)
HEAPHY SMITH HARBACH & WINDOM, LLP
1717 Rhode Island Ave. NW
Suite 610
Washington, DC 20036
Telephone:  (202) 739-8475
Email: theaphy@hshw.com

*Counsel for Plaintiffs Fairfax County School Board and Arlington School Board*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2026, I caused a true copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

    /s/ Timothy J. Heaphy
Timothy J. Heaphy (Virginia Bar I.D. Number: 68912)
HEAPHY SMITH HARBACH & WINDOM, LLP
1717 Rhode Island Ave. NW
Suite 610
Washington, DC 20036
Telephone: (202) 739-8475
Email: theaphy@hshw.com

*Counsel for Plaintiffs Fairfax County School Board and Arlington School Board*