IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD AND) <br> ARLINGTON SCHOOL BOARD ) <br> ) <br> Plaintiffs – Appellants, ) <br> ) <br> v. ) <br> ) <br> LINDA MCMAHON, IN HER OFFICIAL ) <br> CAPACITY AS SECRETARY OF ) <br> EDUCATION OF THE UNITED STATES, ) <br> AND THE UNITED STATES DEPARTMENT ) <br> OF EDUCATION, ) <br> ) <br> ) <br> ) <br> Defendants – Appellees. ) | Record No. 25-2087 |

## <u>NOTICE OF CHANGE OF LAW FIRM AFFILIATION</u>

PLEASE TAKE NOTICE that, effective January 19, 2026, Lindsay Hemminger, counsel

for Plaintiffs Fairfax County School Board and Arlington School Board, has changed law firms.

Effective January 19, 2026, Lindsay Hemminger should be served in the above-

referenced matter as follows:

Lindsay Hemminger
HEAPHY SMITH HARBACH & WINDOM, LLP
1717 Rhode Island Ave. NW
Suite 610
Washington, DC 20036
Telephone: (202) 739-8474
Email: lhemminger@hshw.com

Dated: January 12, 2026          FAIRFAX COUNTY SCHOOL BOARD and
          ARLINGTON SCHOOL BOARD


          By:     /s/  Lindsay Hemminger
                    Counsel

Lindsay Hemminger
HEAPHY SMITH HARBACH & WINDOM, LLP
1717 Rhode Island Ave. NW
Suite 610
Washington, DC 20036
Telephone:  (202) 739-8474
Email: lhemminger@hshw.com

*Counsel for Plaintiffs Fairfax County School Board
and Arlington School Board*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of January, 2026, I caused a true copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

    /s/ Lindsay Hemminger
Lindsay Hemminger
HEAPHY SMITH HARBACH & WINDOM, LLP
1717 Rhode Island Ave. NW
Suite 610
Washington, DC 20036
Telephone: (202) 739-8474
Email: lhemminger@hshw.com

*Counsel for Plaintiffs Fairfax County School Board and Arlington School Board*