NO. 25-2087

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**FAIRFAX COUNTY SCHOOL BOARD** and **ARLINGTON SCHOOL BOARD**,

*Plaintiffs-Appellants*,

v.

**LINDA MCMAHON**, in her official capacity as Secretary of Education of the United States and **UNITED STATES DEPARTMENT OF EDUCATION**,

*Defendants-Appellees*.

## JOSHUA N. MITCHELL'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 46(c), Counsel Joshua N. Mitchell respectfully requests the Court grant this motion to withdraw the appearance of counsel Joshua N. Mitchell, and in support thereof states:

1. Plaintiffs-Appellants Fairfax County School Board and Arlington School Board will continue to be represented by Timothy J. Heaphy who has noted his appearance in this matter.

1

2. Timothy J. Heaphy is leaving his current law firm for employment at another law firm, Heaphy Smith Harbach & Windom, LLP, and has accordingly filed a Notice of Change of Law Firm Affiliation.

3. Joshua N. Mitchell will no longer represent Plaintiffs-Appellants Fairfax County School Board and Arlington School Board.

4. Plaintiffs-Appellants Fairfax County School Board and Arlington School Board have had reasonable notice of this motion and consent to the request by Joshua N. Mitchell to withdraw as counsel.

## CONCLUSION

For the foregoing reasons, and pursuant to Local Rule 46(c), Plaintiffs-Appellants Fairfax County School Board and Arlington School Board request that this Court GRANT this Motion to Withdraw the Appearance of Counsel Joshua N. Mitchell in the above-captioned matter.

Dated:     January 12, 2026

Respectfully submitted,

*/s/ Joshua N. Mitchell*

Joshua N. Mitchell
WILLKIE FARR &
GALLAGHER LLP
1875 K St. NW
Washington, DC 20036
Telephone:    202-303-1232
jmitchell@willkie.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 234 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

*/s/ Joshua N. Mitchell*
Joshua N. Mitchell

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I electronically filed this document with the Clerk of this Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Joshua N. Mitchell*
Joshua N. Mitchell

5