No. 25-2087

United States Court of Appeals
Fourth Circuit

Fairfax County School Board,

*Plaintiff-Appellant,*

v.

Linda McMahon, *et al.*,

*Defendants-Appellees.*

Motion to Withdraw as Counsel

I, Leah J. DeFazio, will depart from the Office of the Attorney General on January 16, 2026, and hereby respectfully request to be withdrawn as counsel of record for *Amicus Curiae*, Commonwealth of Virginia. *Amicus Curiae* will continue to be represented in this case by Graham K. Bryant.

1

Respectfully submitted,

By: /s/ Leah J. DeFazio
Leah J. DeFazio

| | |
|---|---|
| JASON S. MIYARES<br>*Attorney General* | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-5315 – Telephone<br>(804) 371-0200 – Facsimile |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Leah J. DeFazio
Leah J. DeFazio