FILED: January 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

        Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

        Defendants - Appellees

-------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

        Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

        Amici Supporting Appellees

_____

O R D E R

_____

The court grants the motions to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk