No. 25-2087(L)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FAIRFAX COUNTY SCHOOL BOARD,

*Plaintiff – Appellant*,

v.

LINDA MCMAHON, Secretary of the Department of Education;
UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants – Appellees*.

On Appeal from the United States District Court
for the Eastern District of Virginia

**Notice of Withdrawal of Brief of
The Commonwealth of Virginia as *Amicus Curiae***

Please take notice that *Amicus Curiae* Commonwealth of Virginia, by and through its attorneys of record, hereby withdraws its position in support of its Brief as *Amicus Curiae* (ECF No. 80).

Following the change in Administration on January 17, 2026, and after careful review of the filings and pertinent precedents, Virginia no longer adheres to the arguments contained in its previously filed brief.

1

Respectfully submitted,

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge
*Solicitor General*

Jay Jones
*Attorney General*

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-2087 – Facsimile

*Counsel for the Commonwealth of Virginia*