No. 25-2087

United States Court of Appeals
Fourth Circuit

Fairfax County School Board,

*Plaintiff-Appellant,*

v.

Linda McMahon, *et al.*,

*Defendants-Appellees.*

Motion to Withdraw as Counsel

I, Graham K. Bryant, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for *Amicus Curiae*, Commonwealth of Virginia. *Amicus Curiae* will continue to be represented in this case by Tillman J. Breckenridge and other attorneys from the Office of the Attorney General.

Respectfully submitted,

By: /s/ Graham K. Bryant
Graham K. Bryant

JAY JONES
*Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2017 – Telephone
(804) 786-1991 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Graham K. Bryant
Graham K. Bryant

2