FILED: January 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

———————————

FAIRFAX COUNTY SCHOOL BOARD

   Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

   Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

   Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

   Amici Supporting Appellees

———————————

O R D E R

———————————

The court grants the motion to withdraw from further representation on

appeal.

                                                  For the Court--By Direction

                                                  <u>/s/ Nwamaka Anowi, Clerk</u>