FILED:  May 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

      Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the
United States; UNITED STATES DEPARTMENT OF EDUCATION

      Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE;
NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.; NAACP

      Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA
AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

      Amici Supporting Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk